

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00186-CR

Dianna Wyrick **RODRIGUEZ** aka Dianna Ring,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6189
Honorable Raymond Angelini, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 29, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk